UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

NERMI SOLANO,

       Plaintiff,
v.

ABSOLUTE HOME REMODELING, CORP.,
RICHARD SCOTT FERNANDES,
SONIA GUETHON,

       Defendants.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, NERMI SOLANO, brings this action against Defendants, ABSOLUTE HOME REMODELING, CORP., RICHARD SCOTT FERNANDES, and SONIA GUETHON pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff NERMI SOLANO was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. Plaintiff NERMI SOLANO engaged in interstate commerce on a regular and recurring basis through interstate communication.

4. At all times material hereto, Defendant ABSOLUTE HOME REMODELING, CORP. was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of home remodeling services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

1

5. Defendant, RICHARD SCOTT FERNANDES, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ABSOLUTE HOME REMODELING, CORP.; said Defendant acted and acts directly in the interests of Defendant, ABSOLUTE HOME REMODELING, CORP., in relation to said co-Defendant's employees. Defendant effectively dominates ABSOLUTE HOME REMODELING, CORP. administratively and otherwise acts, and has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, RICHARD SCOTT FERNANDES was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6. Defendant, SONIA GUETHON, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, ABSOLUTE HOME REMODELING, CORP.; said Defendant acted and acts directly in the interests of Defendant, ABSOLUTE HOME REMODELING, CORP., in relation to said co-Defendant's employees. Defendant effectively dominates ABSOLUTE HOME REMODELING, CORP. administratively and otherwise acts, and has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others. Thus, SONIA GUETHON was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

7. Defendant RICHARD SCOTT FERNANDES controlled Plaintiff's duties, pay, and schedule.

8. Defendant SONIA GUETHON controlled Plaintiff's duties, pay, and schedule.

9. Plaintiff was employed by Defendants as a secretary.

10. Defendants failed to pay Plaintiff the full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all hours worked over 40 each week during Plaintiff's employment.

11. Defendants failed to pay Plaintiff the full and proper minimum wages during Plaintiff's employment.

12. Defendants failed to pay Plaintiff for entire periods of Plaintiff's employment.

13. Plaintiff has attached a statement of claim as <u>Exhibit A</u> to provide preliminary estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

14. Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages by failing to pay Plaintiff his proper overtime wages.

15. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

16. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

17. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-16 above as if set forth herein in full.

18. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay, (ii) minimum wages, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

19. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

    Respectfully submitted,

    Koz Law, P.A.
    320 S.E. 9th Street
    Fort Lauderdale, Florida 33316
    Phone: (786) 924-9929
    Fax:    (786) 358-6071
    Email: ekoz@kozlawfirm.com

    /s/ Elliot A. Kozolchyk
    _____
    Elliot Kozolchyk, Esquire
    Bar No.: 74791